

# Missouri Court of Appeals
## Southern District

## DECEMBER 3, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No. SD32985

      Re:     STATE OF MISSOURI,
              Plaintiff-Respondent,
              vs.
              MICHAEL F. LAGODA,
              Defendant-Appellant.